Anthony T. Caso (Cal. Bar #88561)
Email: atcaso@ccg1776.com
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164

Charles Burnham (D.C. Bar# 1003464)*
Email: charles@burnhamgorokhov.com
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 386-6920
* admitted pro hac vice

Attorneys for Plaintiff

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN C. EASTMAN,<br><br>   *Plaintiff - Appellant*,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*<br><br>   *Defendants - Appellees* | Case No.: 22-56013 |

**NOTICE OF LODGING AND LODGING OF DOCUMENTS RELEVANT TO MOTION FOR STAY PENDING APPEAL**

Plaintiff-Appellant Dr. John Eastman, through undersigned counsel, hereby provides notice of lodging of 11 documents (Bates stamped Chapman060730, 60850, 61631, 61632, 61634, 61635, 61636, 61638, 61640, 61641, and 61648),

that were previously produced to the Government Defendant-Appellees, that are relevant to the pending Motion for Stay Pending Appeal, and that are referenced in the Declaration of John C. Eastman that has been filed *in camera* and under seal. The documents are attached hereto as Exhibit A.

October 31, 2022.

                        Respectfully submitted,

                        /s/ Anthony T. Caso
Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email: atcaso@ccg1776.com

Charles Burnham (D.C. Bar# 1003464)*
Email: charles@burnhamgorokhov.com
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 386-6920
* *pro hac vice motion forthcoming*

# Exhibit A

11 Documents Previously Produced to Select Committee

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DONALD J. TRUMP, in his capacity as Candidate for President, DONALD J. TRUMP FOR PRESIDENT, INC., and DAVID SHAFER, in his capacity as a Registered Voter and Presidential Elector pledged to Donald Trump for President,<br><br>Petitioners,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, *et al.*,<br><br>Respondents. | CIVIL ACTION FILE NO._____ |

CITY OF WASHINGTON

DISTRICT OF COLUMBIA

**VERIFICATION**

Personally appeared before me, an officer duly authorized by law to administer oaths, Donald J. Trump, in his capacity as Candidate for President of the United States, who after first being duly sworn, states that, based upon the affidavits and expert testimony attesting to the facts contained in the within and foregoing Petition to Contest Election Results, said facts are true and correct to the best of my knowledge and belief.

*[signature]*
Donald J. Trump, in his capacity as
Candidate for President

Sworn to and subscribed before me this 1st day of December, 2020



SEAL

_William M. Cathran_ 12/1/2020
NOTARY PUBLIC

My Commission Expires: 1/31/2022.

2

**From:** Herschmann, Eric (YouMail) <voicemail@youmail.com>
**Sent:** Thursday, December 31, 2020 12:49 PM MST
**To:** Eastman, John <jeastman@chapman.edu>
**Subject:** Missed Call from Herschmann, Eric at ( ) 4730

**External Message**



Help friends block robocalls
LEARN MORE

Herschmann, Eric
4730

called ( ) 9983
Thu Dec 31, 2020 11:49 AM PST

No message left

BLOCK CALLER    ADD NEW CONTACT    VIEW MORE INFO

This email was sent by YouMail. Want to disable all voicemail or call alerts from us?
Unsubscribe | Settings | Help

43 Corporate Park, Suite 200, Irvine, CA 92606 US
YouMail respects your privacy. Please review our Privacy Policy and Terms of Use.

**NOTE: This email originated from outside Chapman's network. Do not click links or open attachments unless you recognize the sender and know content is safe.**

**From:** Michael, Molly A. EOP/WHO <Molly.A.Michael@who.eop.gov>
**Sent:** Thursday, December 31, 2020 8:19 PM MST
**To:** cmitchell@foley.com <cmitchell@foley.com>; Eastman, John <jeastman@chapman.edu>
**CC:** Herschmann, Eric D. EOP/WHO <Eric.D.Herschmann@who.eop.gov>
**Subject:** Signed Document
**Attachment(s):** "[Untitled].pdf"

**External Message**

Attached

Sent from my iPhone

**NOTE: This email originated from outside Chapman's network. Do not click links or open attachments unless you recognize the sender and know content is safe.**

# IN THE UNITED STATES DISTRICT COURT
# NORTHERNDISTRICT OF GEORGIA
## Atlanta Division

| | |
|---|---|
| DONALD J. TRUMP, in his capacity as a candidate for President of the United States, <br><br> *Plaintiff,* <br><br> v. <br><br> BRIAN P. KEMP, in his official capacity as Governor of the State of Georgia; BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State, <br><br> *Defendants.* | ) ) ) ) ) ) ) ) **CIVIL ACTION FILE NO:** <br> ) _____ ) ) ) ) ) ) ) ) ) |

WASHINGTON

DISTRICT OF COLUMBIA

### VERIFICATION IN SUPPORT OF COMPLAINT FOR EMERGENCY INJUNCTIVE AND DECLARATORY RELIEF

Personally appeared before me, a Notary Public, duly authorized by law to administer oaths, President Donald J. Trump, solely in his capacity as a candidate for President of the United States, who on oath says he has reviewed the Verified Complaint for Emergency Injunctive And Declaratory Relief and with regard to the facts contained therein, states that to the best of his knowledge and belief, and relying on the representations contained therein, the facts are true and correct where derived

from his own knowledge and are believed to be true and correct where derived from the knowledge of others or from documents that are maintained in the course of business or are public records.

_____
Donald J. Trump, in his capacity as a candidate for
President of the United States,
Plaintiff

_____  12/31/2020
Notary Public

My Commission Expires 1/31/2022

(SEAL)



Chapman061633

**From:** Eastman, John
**Sent:** Thursday, December 31, 2020 8:30 PM MST
**To:** Michael, Molly A. EOP/WHO <Molly.A.Michael@who.eop.gov>; cmitchell@foley.com <cmitchell@foley.com>
**CC:** Herschmann, Eric D. EOP/WHO <Eric.D.Herschmann@who.eop.gov>
**Subject:** RE: Signed Document

Thank you!

Happy New Year!

John

---

**From:** Michael, Molly A. EOP/WHO <Molly.A.Michael@who.eop.gov>
**Sent:** Thursday, December 31, 2020 8:19 PM
**To:** cmitchell@foley.com; Eastman, John <jeastman@chapman.edu>
**Cc:** Herschmann, Eric D. EOP/WHO <Eric.D.Herschmann@who.eop.gov>
**Subject:** Signed Document

**External Message**

Attached

Sent from my iPhone

**NOTE: This email originated from outside Chapman's network. Do not click links or open attachments unless you recognize the sender and know content is safe.**

**From:** Eastman, John
**Sent:** Thursday, December 31, 2020 8:31 PM MST
**To:** CMitchell@foley.com <cmitchell@foley.com>; Kurt Hilbert <khilbert@hilbertlaw.com>; Alex B. Kaufman <AKaufman@foxrothschild.com>
**Subject:** FW: Signed Document
**Attachment(s):** "[Untitled].pdf"

Here it is!!

Let me know if there is still anyone around to file it.

And Happy New Year, everyone.

John

---

**From:** Michael, Molly A. EOP/WHO <Molly.A.Michael@who.eop.gov>
**Sent:** Thursday, December 31, 2020 8:19 PM
**To:** cmitchell@foley.com; Eastman, John <jeastman@chapman.edu>
**Cc:** Herschmann, Eric D. EOP/WHO <Eric.D.Herschmann@who.eop.gov>
**Subject:** Signed Document

**External Message**

Attached


Sent from my iPhone

**NOTE: This email originated from outside Chapman's network. Do not click links or open attachments unless you recognize the sender and know content is safe.**

# IN THE UNITED STATES DISTRICT COURT
# NORTHERNDISTRICT OF GEORGIA
## Atlanta Division

| | |
|---|---|
| DONALD J. TRUMP, in his capacity as a candidate for President of the United States, <br><br> *Plaintiff*, <br><br> v. <br><br> BRIAN P. KEMP, in his official capacity as Governor of the State of Georgia; BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State, <br><br> *Defendants*. | **CIVIL ACTION FILE NO:** _____ |

WASHINGTON

DISTRICT OF COLUMBIA

## VERIFICATION IN SUPPORT OF COMPLAINT FOR EMERGENCY INJUNCTIVE AND DECLARATORY RELIEF

Personally appeared before me, a Notary Public, duly authorized by law to administer oaths, President Donald J. Trump, solely in his capacity as a candidate for President of the United States, who on oath says he has reviewed the Verified Complaint for Emergency Injunctive And Declaratory Relief and with regard to the facts contained therein, states that to the best of his knowledge and belief, and relying on the representations contained therein, the facts are true and correct where derived

from his own knowledge and are believed to be true and correct where derived from the knowledge of others or from documents that are maintained in the course of business or are public records.

                                                                  _____
                                                                  Donald J. Trump, in his capacity as a candidate for
                                                                  President of the United States,
                                                                  Plaintiff

_____ 12/31/2020
Notary Public

My Commission Expires 1/31/2022
(SEAL)



Chapman061637

**From:** Kaufman, Alex B. <AKaufman@foxrothschild.com>
**Sent:** Thursday, December 31, 2020 8:35 PM MST
**To:** Eastman, John <jeastman@chapman.edu>
**CC:** cmitchell@foley.com <cmitchell@foley.com>; Kurt Hilbert <khilbert@hilbertlaw.com>
**Subject:** Re: [EXT] FW: Signed Document

Will do!

**Alex Kaufman**
Partner
**Fox Rothschild LLP**
999 Peachtree Street NE
Suite 1500
Atlanta, GA 30309
(404) 870-3769 – direct
(404) 964-5587 - cell
(404) 962-1200 - fax
AKaufman@foxrothschild.com
www.foxrothschild.com
CONFIDENTIALITY NOTICE

This message is being sent by or on behalf of a lawyer and nothing contained within this message should be relied on unless you have a fee agreement with this law firm. This message is intended exclusively for the individual(s) or entity(ies) to which it is addressed in the "To" or "cc" lines and if you are not one of those individual(s) or entity(ies), then you rely on any information at your own peril. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, then this message is deemed to be an inadvertent disclosure, and you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by electronic mail and delete all copies of this message.

IRS Circular 230 Disclosure
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

> On Dec 31, 2020, at 10:31 PM, Eastman, John <jeastman@chapman.edu> wrote:
>
> Here it is!!
>
> Let me know if there is still anyone around to file it.
>
> And Happy New Year, everyone.
>
> John
>
> **From:** Michael, Molly A. EOP/WHO <Molly.A.Michael@who.eop.gov>
> **Sent:** Thursday, December 31, 2020 8:19 PM
> **To:** cmitchell@foley.com; Eastman, John <jeastman@chapman.edu>
> **Cc:** Herschmann, Eric D. EOP/WHO <Eric.D.Herschmann@who.eop.gov>
> **Subject:** Signed Document
>
> **External Message**
>
> Attached
>
> Sent from my iPhone
>
> NOTE: This email originated from outside Chapman's network. Do not click links or open attachments unless you recognize the sender and know content is safe.
>
> <[Untitled].pdf>

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

**Chapman061639**

**From:** Kurt Hilbert <khilbert@hilbertlaw.com>
**Sent:** Thursday, December 31, 2020 8:37 PM MST
**To:** Eastman, John <jeastman@chapman.edu>
**CC:** CMitchell@foley.com <CMitchell@foley.com>; Alex B. Kaufman <AKaufman@foxrothschild.com>
**Subject:** Re: Signed Document

Will be filed tonight.

Happy New Year to all!!

Kurt

Sent from my iPhone

> On Dec 31, 2020, at 10:31 PM, Eastman, John <jeastman@chapman.edu> wrote:
>
> Here it is!!
>
> Let me know if there is still anyone around to file it.
>
> And Happy New Year, everyone.
>
> John
>
> ---
>
> **From:** Michael, Molly A. EOP/WHO <Molly.A.Michael@who.eop.gov>
> **Sent:** Thursday, December 31, 2020 8:19 PM
> **To:** cmitchell@foley.com; Eastman, John <jeastman@chapman.edu>
> **Cc:** Herschmann, Eric D. EOP/WHO <Eric.D.Herschmann@who.eop.gov>
> **Subject:** Signed Document
>
> **External Message**
>
> Attached
>
> Sent from my iPhone
>
> **NOTE: This email originated from outside Chapman's network. Do not click links or open attachments unless you recognize the sender and know content is safe.**
>
> <[Untitled].pdf>

**From:** Eastman, John
**Sent:** Thursday, December 31, 2020 8:47 PM MST
**To:** Kurt Hilbert <khilbert@hilbertlaw.com>
**CC:** CMitchell@foley.com <CMitchell@foley.com>; Alex B. Kaufman <AKaufman@foxrothschild.com>
**Subject:** Re: Signed Document

Great. Send me confirmation as soon as filed and I'll get the Pennsylvania reply filed.

John

Dr. John C. Eastman
Chapman University School of Law
▇▇▇▇▇▇-3330 x2

(Sent from my mobile device. Please excuse any typos or brevity.)


On Dec 31, 2020, at 9:37 PM, Kurt Hilbert <khilbert@hilbertlaw.com> wrote:

> Will be filed tonight.
>
> Happy New Year to all!!
>
> Kurt
>
> Sent from my iPhone
>
>> On Dec 31, 2020, at 10:31 PM, Eastman, John <jeastman@chapman.edu> wrote:
>>
>>
>> Here it is!!
>>
>> Let me know if there is still anyone around to file it.
>>
>> And Happy New Year, everyone.
>>
>> John
>>
>> **From:** Michael, Molly A. EOP/WHO <Molly.A.Michael@who.eop.gov>
>> **Sent:** Thursday, December 31, 2020 8:19 PM
>> **To:** cmitchell@foley.com; Eastman, John <jeastman@chapman.edu>
>> **Cc:** Herschmann, Eric D. EOP/WHO <Eric.D.Herschmann@who.eop.gov>
>> **Subject:** Signed Document
>>
>> | **External Message** |
>> |---|
>>
>> Attached
>>
>>
>> Sent from my iPhone
>>
>> | **NOTE:** This email originated from outside Chapman's network. Do not click links or open attachments unless you recognize the sender and know content is safe. |
>> |---|
>>
>> <[Untitled].pdf>

**From:** Kurt Hilbert <khilbert@hilbertlaw.com>
**Sent:** Thursday, December 31, 2020 9:18 PM MST
**To:** Eastman, John <jeastman@chapman.edu>; Cleta Mitchell <CMitchell@foley.com>
**CC:** Alex B. Kaufman <AKaufman@foxrothschild.com>; Chris Gardner <chris@chrisgardnerlaw.com>; Craig Turner <cturner@foxrothschild.com>
**Subject:** Fwd: Pay.gov Payment Confirmation: GEORGIA NORTHERN DISTRICT COURT

**External Message**

To all:

Receipt from
Filing below.

Will circulate case no. when received.

Kurt

Sent from my iPhone

Begin forwarded message:

> **From:** DO_NOT_REPLY@psc.uscourts.gov
> **Date:** December 31, 2020 at 11:01:09 PM EST
> **To:** khilbert@hilbertlaw.com
> **Subject: Pay.gov Payment Confirmation: GEORGIA NORTHERN DISTRICT COURT**
> **Reply-To:** GANDdb_efile_Financial@gand.uscourts.gov
>
> Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Kathy Sewell at 404-215-1625.
>
>   Account Number: 3504931
>   Court: GEORGIA NORTHERN DISTRICT COURT
>   Amount: $402.00
>   Tracking Id: AGANDC-10554533
>   Approval Code: 156125
>   Card Number: ************2004
>   Date/Time: 12/31/2020 11:01:05 ET
>
>   NOTE: This is an automated message. Please do not reply

**NOTE: This email originated from outside Chapman's network. Do not click links or open attachments unless you recognize the sender and know content is safe.**

**CERTIFICATE OF SERVICE**

I have served this filing on all counsel through the Court's ECF system.

Respectfully submitted,

/s/Anthony T. Caso
Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email: atcaso@ccg1776.com