**FILED**

OCT 29 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

JOHN C. EASTMAN,

    Plaintiff-Appellant,

v.

BENNIE G. THOMPSON, in his official capacity as Chairman of the House Select Committee to Investigate the January 6 Attack on the United States Capitol; et al.,

    Defendants-Appellees.

No. 22-56013

D.C. No. 8:22-cv-00099-DOC-DFM
Central District of California, Santa Ana

ORDER

The court has received appellant's motion to stay pending appeal.

Appellees' response to the motion is due Tuesday, November 1, 2022. Any reply is due Wednesday, November 2, 2022.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Alex Christopher
Deputy Clerk
Ninth Circuit Rule 27-7

AC/MOATT