Anthony T. Caso (Cal. Bar #88561)
Email: atcaso@ccg1776.com
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164

Charles Burnham (D.C. Bar# 1003464)*
Email: charles@burnhamgorokhov.com
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 386-6920
* admitted pro hac vice

Attorneys for Plaintiff

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN C. EASTMAN, | Case No.: 22-56013 |
|     *Plaintiff - Appellant*, | |
| vs. | |
| BENNIE G. THOMPSON, *et al.* | |
|     *Defendants - Appellees* | |

## SUPPLEMENT IN SUPPORT OF MOTION TO STAY PENDING APPEAL

Plaintiff-Appellant Dr. John Eastman, through undersigned counsel, provides this update as a supplement in support of his motion to stay pending appeal.

PLAINTIFF-APPELLANT'S SUPPLEMENT IN SUPPORT OF MOTION TO STAY – PAGE 1

On October 27, 2022, Dr. Eastman filed a motion for reconsideration or, in the alternative, for a stay pending appeal of the district court's order directing Dr. Eastman to produce by 2 pm Pacific time on October 28, 2022, eight privileged documents that the court had (erroneously in our view) found to be subject to a crime-fraud exception.

At 11:48 am Pacific time on October 28, 2022, counsel for Dr. Eastman submitted to a single Ninth Circuit Judge an Emergency Motion for Stay pursuant to Federal Rule of Appellate Procedure 8(a)(2)(D), which allows such a motion to be "made to and considered by a single judge" when "time constraints" make the normal procedure of filing with a court for consideration by a panel "impracticable." Counsel for Defendants-Appellees were copied on the transmittal of that motion.

Having received no ruling on either the Motion for Reconsideration or Stay filed in the district court or the Emergency Motion for Stay filed with the Ninth Circuit Judge, at 1:29 pm PDT, counsel for Dr. Eastman filed in the district court a motion for extension of time to produce the eight contested documents and a notice of appeal.

At 1:48 pm PDT, the district court denied Dr. Eastman's motion for reconsideration or, in the alternative, stay pending appeal. At 1:50 pm PDT, the district court denied Dr. Eastman's motion for extension of time to produce the

PLAINTIFF-APPELLANT'S SUPPLEMENT IN SUPPORT OF MOTION TO STAY – PAGE 2

eight privileged documents while the Motion to Stay remained pending in the Ninth Circuit.

At 1:53 p.m. PDT Dr. Eastman's counsel provided to Defendant-Appellee U.S. House of Representatives Select Committee to Investigate the January 6th Attack on the United States Capitol ("Select Committee") twenty-five documents that the district court had ordered produced that were not the subject of Dr. Eastman's motion for reconsideration or stay.

In order to comply fully with the district court's production order, counsel for Dr. Eastman provided to the Select Committee at 2:04 pm PDT a link to a drop box folder containing the remaining eight documents that were the subject of the Motion to Stay that was at the time (and is still) pending before the Ninth Circuit. In the email transmitting that link, counsel for Dr. Eastman requested that the documents not be accessed until the Ninth Circuit had had a chance to rule on the Motion for Stay pending appeal.

Instead of honoring that request, counsel for the Select Committee notified Dr. Eastman's counsel at 6:26 pm PDT and 6:40 pm PDT that the Select Committee had "downloaded and examined" the disputed documents, falsely asserting that there was no motion for stay pending before the Ninth Circuit at the time. (Exhibit A, Attached). (The motion for stay was electronically filed through the Ninth Circuit's ECF system at 6:08 pm PDT once the case had been docketed, but as noted above, it had been transmitted to a single Ninth Circuit Judge pursuant

to F.R.A.P. 8(a)(2)(D) via an email on which counsel for the Select Committee was copied, several hours *before* the documents were "downloaded and examined" by the Select Committee). As a consequence of their having already downloaded and examined the eight disputed documents, the Select Committee has asserted that the dispute is now moot.

Dr. Eastman disagrees. If, on appeal, this Court holds that the district court's crime-fraud ruling was erroneous, those privileged documents should not have been ordered produced to, and examined by, the Select Committee. While a stay barring the *production* is no longer available, an order directing the return or destruction of the documents and barring further use of them pending the appeal remains a viable remedy, as "courts have repeatedly ordered the return of privileged or wrongfully obtained documents as part of their inherent equitable authority 'over their own process, to prevent abuses, oppression, and injustices.'" *Doe v. Fitzgerald*, No. CV2010713MWFRAOX, 2022 WL 4596557, at *5 (C.D. Cal. Sept. 21, 2022); *see also, e.g.*, *Gabana Gulf Distribution v. Gap Int'l Sales Inc.*, No. C-06-02584 CRB (EDL), 2007 WL 2729863, at *1 (N.D. Cal. Sept. 19, 2007); *cf. KL Grp. v. Case, Kay & Lynch*, 829 F.2d 909, 917 (9th Cir. 1987) (upholding district court's grant of a protective order requiring return and barring use of inadvertently produced privileged documents).

Accordingly, Dr. Eastman hereby amends his pending Motion to Stay to request destruction or return of the disputed documents and a protective order barring their use by the Select Committee until the matter is resolved on appeal.

October 30, 2022.

          Respectfully submitted,

    /s/ Anthony T. Caso
Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email: atcaso@ccg1776.com

Charles Burnham (D.C. Bar# 1003464)*
Email: charles@burnhamgorokhov.com
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 386-6920
* *pro hac vice motion forthcoming*

PLAINTIFF-APPELLANT'S SUPPLEMENT IN SUPPORT OF MOTION TO STAY – PAGE 5

EXHIBIT A

From: "Letter, Douglas" <Douglas.Letter@mail.house.gov>
Subject: RE: Eastman v. Thompson
Date: October 28, 2022 at 9:40:40 PM EDT
To: Charles Burnham <charles@burnhamgorokhov.com>
Cc: "Tatelman, Todd" <Todd.Tatelman@mail.house.gov>, "Columbus, Eric" <Eric.Columbus@mail.house.gov>

Mr. Burnham

     I should have added that the documents were downloaded and examined several hours before you filed your stay motion with the court of appeals. Thus, no such motion was pending when the Select Committee acted.

**From:** Letter, Douglas
**Sent:** Friday, October 28, 2022 9:27 PM
**To:** Charles Burnham <charles@burnhamgorokhov.com>
**Cc:** Tatelman, Todd <Todd.Tatelman@mail.house.gov>; Columbus, Eric <Eric.Columbus@mail.house.gov>
**Subject:** Eastman v. Thompson

Mr. Burnham

     I am hereby formally alerting you that when you provided the relevant documents from Professor Eastman earlier this evening in this case, the Select Committee downloaded and examined all of those documents. The Select Committee did so because the district court had ordered that these documents be disclosed to the Select Committee by 5 pm ET today, and the district court had summarily denied your request for reconsideration or a stay (which had not been filed by you until the very eve of the disclosure deadline). There was thus no court order prohibiting the Select Committee from examining the documents that the district court had ordered your client to produce. Any controversy about those particular documents is thus now moot.

*Douglas N. Letter*
*General Counsel*

*Office of General Counsel*
*U.S. House of Representatives*
*5140 O'Neill House Office Building*
*Washington, DC 20515*
*[Douglas.Letter@mail.house.gov](mailto:Douglas.Letter@mail.house.gov)*
*202-225-9700*

**CERTIFICATE OF SERVICE**

I have served this filing on all counsel through the Court's ECF system.

        Respectfully submitted,

        /s/Anthony T. Caso
        Anthony T. Caso (Cal. Bar #88561)
        CONSTITUTIONAL COUNSEL GROUP
        174 W Lincoln Ave # 620
        Anaheim, CA 92805-2901
        Phone: 916-601-1916
        Fax: 916-307-5164
        Email: atcaso@ccg1776.com