Anthony T. Caso (Cal. Bar #88561)
Email: atcaso@ccg1776.com
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164

Charles Burnham (D.C. Bar# 1003464)*
Email: charles@burnhamgorokhov.com
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 386-6920
* *pro hac vice application forthcoming*

*Attorneys for Plaintiff-Appellant*

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN C. EASTMAN,<br><br>    *Plaintiff - Appellant*,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*<br><br>    *Defendants - Appellees* | Case No.: 22-56013 |

# REPLY TO GOVERNMENT'S OPPOSITION TO MOTION FOR STAY PENDING APPEAL

Appellees' response admits that the January 6th Committee accessed the materials at issue despite being on notice that a Motion to Stay had been submitted to a judge of this Court pursuant to Fed. R. App. P. 8(a)(2)(D). ECF 7-1 at 7.

PLAINTIFF-APPELLANT'S REPLY TO GOVERNMENT'S OPPOSITION TO MOTION FOR STAY – PAGE 1

Appellees acknowledge disregarding Appellant's request for a short delay in accessing the privileged materials to allow this Court to consider the matter. *Id*. at 9.

As Appellant feared would happen, the privileged materials have now been obtained by multiple news outlets. ECF 8 (Appellee's Letter to Court Regarding Inadvertent Disclosures). Appellant withdraws his Motion to Stay.

Respectfully submitted,

  /s/ Anthony T. Caso
Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email: atcaso@ccg1776.com

Charles Burnham (D.C. Bar# 1003464)*
Email: charles@burnhamgorokhov.com
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 386-6920
* *pro hac vice motion forthcoming*

**CERTIFICATE OF SERVICE**

I have served this filing on all counsel through the Court's ECF system.

Respectfully submitted,

/s/Anthony T. Caso
Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email:  atcaso@ccg1776.com