| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 30 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

JOHN C. EASTMAN,

    Plaintiff-Appellant,

 v.

BENNIE G. THOMPSON, in his official capacity as Chairman of the House Select Committee to Investigate the January 6 Attack on the United States Capitol; et al.,

    Defendants-Appellees.

No. 22-56013

D.C. No. 8:22-cv-00099-DOC-DFM
Central District of California, Santa Ana

ORDER

Before: McKEOWN, WARDLAW, and W. FLETCHER, Circuit Judges.

The full court has been advised of the motion for reconsideration en banc and no judge has requested a vote on whether to reconsider the matter en banc. *See* Fed. R. App. P. 35; *see also* 9th Cir. R. 27-10.

The motion for reconsideration en banc (Docket Entry No. 15) is denied.

The unopposed motion to withdraw the exhibits at Docket Entry No. 6-2 (Docket Entry No. 16) is granted. The Clerk shall strike Docket Entry Nos. 6-1 and 6-2 and shall return the documents to appellant.

This case remains closed.