# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

May 23, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  John C. Eastman
           v. Bennie G. Thompson, in His Official Capacity as Chairman of the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol, et al.
           No. 22-1138
           (Your No. 22-56013)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 28, 2023 and placed on the docket May 23, 2023 as No. 22-1138.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst